IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-10309 |
| Plaintiff-Appellee, | |
| v. | |
| ROBERT MANNING, | |
| Defendant-Appellant. | |
| UNITED STATES OF AMERICA, | No. 22-10310 |
| Plaintiff-Appellee, | |
| v. | |
| JAMARE COATS, | |
| Defendant-Appellant. | |

**Unopposed Motion to Consolidate Appeals**

Appeal from the United States District Court
for the Northern District of California

Karen L. Landau
Law Offices of Karen L. Landau, P.C.
460 Center Street, # 6935
Moraga, CA 94570-6935
karenlandau@karenlandau.com

*Attorney for Robert Manning*

Elizabeth Richardson-Royer
Attorney-at-Law
3739 Balboa Street, # 1095
San Francisco, CA 94121
(510) 679-1105
beth@richardsonroyer.com

*Attorney for Jamare Coats*

Defendant-Appellant Robert Manning, by and through counsel of record, Karen L. Landau, and Jamare Coats, by and through counsel of record Elizabeth Richardson-Royer, jointly move this Court to consolidate the above-captioned appeals. These appeals arise from Mr. Manning and Mr. Coats's joint trial in case number 3:19-CR-313-WHA in the United States District Court for the Northern District of California.

Consolidation is proper under Fed. R. App. P. 3(b)(2) and for the reasons set forth in the attached declaration. The government does not oppose this motion.

Respectfully submitted,

Dated: October 16, 2023

*s/ Elizabeth Richardson-Royer*
Elizabeth Richardson-Royer
Attorney-at-Law

Counsel for Jamare Coats

Dated: October 16, 2023

*s/ Karen L. Landau*
Karen L. Landau
Attorney-at-Law

Counsel for Robert Manning

## DECLARATION OF COUNSEL

I, Elizabeth Richardson-Royer, declare:

1. I have been appointed under the CJA to represent Defendant-Appellant Jamare Coats in his appeal.

2. Mr. Coats was tried alongside his codefendant, Robert Manning, in a jury trial presided over by U.S. District Judge William Alsup.

3. The opening brief in Mr. Coats's appeal is currently due October 18, 2023, though I will be seeking a final 1-week extension of time. The opening brief in Mr. Manning's appeal is currently due October 20, 2023.

4. I have communicated and coordinated with Karen Landau, counsel for Mr. Manning, about the above-captioned appeals. We are preparing separate opening briefs on behalf of our respective clients, though we anticipate that our clients will join and adopt claims raised in each other's briefs. However, Ms. Landau and I are preparing a joint excerpt of record.

5. Assistant United States Attorney Matthew Yelovich, counsel for the government, responded by email dated September 6, 2023 that the government does not oppose consolidation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 16, 2023     _s/ Elizabeth Richardson-Royer_
                            Elizabeth Richardson-Royer