IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>ROBERT MANNING,<br><br>Defendant-Appellant. | No. 22-10309 |
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JAMARE COATS,<br><br>Defendant-Appellant. | No. 22-10310 |

**Appellant Jamare Coats's Motion for Leave to File Separate Petition for Rehearing and/or Rehearing En Banc**

Elizabeth Richardson-Royer
Attorney-at-Law
3739 Balboa Street, # 1095
San Francisco, CA 94121
(510) 679-1105
beth@richardsonroyer.com

*Attorney for Jamare Coats*

This Court issued its opinion and memorandum disposition in this appeal on August 20, 2025. ECF Nos. 77, 78. Earlier today, Appellants Jamare Coats and Robert Manning filed a Joint Petition for Rehearing En Banc. ECF No. 83. Because Coats also wishes to raise an issue that is specific to him rather than applicable to both appellants, he now asks this Court for leave to file a separate petition for rehearing and/or rehearing en banc. The proposed separate petition is attached to this Motion.

This motion is based upon the attached declaration of counsel, all files and records in this case, and any other information that may properly be considered in connection with this motion.

Undersigned counsel was unable to obtain the government's position before filing this motion.

Respectfully submitted,

Dated: February 6, 2026

_s/ Elizabeth Richardson-Royer_
Elizabeth Richardson-Royer
Attorney-at-Law

Attorney for Defendant-Appellant
Jamare Coats

## DECLARATION OF COUNSEL

I, Elizabeth Richardson-Royer, declare:

1. I represent Defendant-Appellant Jamare Coats in the above-captioned consolidated appeal.

2. This appeal is taken from a joint trial on VICAR murder charges. The appellants are in custody serving mandatory life sentences.

3. Earlier today, the appellants filed a joint petition for rehearing en banc, raising a legal issue that is equally applicable to both appellants. ECF No. 83.

4. I have also prepared a separate petition for rehearing for filing on Coats's behalf. If this appeal had not been consolidated, I would have raised both issues in a single petition. However, given that one issue is jointly raised by both appellants and one issue is asserted only by Coats, I concluded that separate petitions were appropriate.

5. I respectfully request that this Court grant Coats leave to file a separate petition for rehearing on his own behalf. This will prevent Coats from being penalized by the consolidated nature of this case.

6. I have made efforts to edit both petitions so that they concisely present the issues to this Court for consideration.

7. Earlier today, I emailed AUSA Anne Hsieh, counsel for the government, to obtain the government's position on this motion. As of the time of filing this motion, I have not received a response. Once I do, I will promptly advise the Court whether this motion is unopposed.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


DATED: February 6, 2026            *s/ Elizabeth Richardson-Royer*
                                               Elizabeth Richardson-Royer