**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. ROBERT MANNING, Defendant-Appellant. | No. 22-10309 D.C. No. 3:19-cr-00313-WHA-1 Northern District of California, San Francisco ORDER |
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. JAMARE COATS, Defendant-Appellant. | No. 22-10310 D.C. No. 3:19-cr-00313-WHA-2 |

Before: BERZON, BRESS, and VANDYKE, Circuit Judges.

Coats's motion for leave to file a separate petition for panel rehearing and rehearing en banc, Dkt. 85, is granted. The United States is ordered to file a response to Coats's separate petition. Dkt. 86. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order. 9th Cir. R. 40-1.